```
               UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA
```

ATHANSAI CARAYIANNAS,              :
                                   :
      Plaintiff                  :     No. 3:12-CV-01270
                                   :
  vs.                              :     (Judge Kane)
                                   :
CAROLYN W. COLVIN, ACTING          :
COMMISSIONER OF SOCIAL             :
SECURITY,                          :
                                   :
      Defendant                  :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Athansai Carayiannas as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Athansai Carayiannas disability insurance benefits is affirmed.

3. The Clerk of Court shall close this case.

                                     <u>S/ Yvette Kane</u>
                                   Yvette Kane, District Judge
                                   United States District Court

Date: February 14, 2014